1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12  HASSAN YAGHOOBI,                )
                                    ) No. C 07-5823 JW
13              Plaintiff,          )
                                    )
14       v.                         ) **ANSWER**
                                    )
15  MICHAEL CHERTOFF, Secretary;    )
    EMILIO T. GONZALEZ, Director, CIS; )
16  ROSEMARY MELVILLE, District Director; )
    FRANK SICILIANO, Field Office Director, )
17  Department of Homeland Security; )
    ROBERT S. MUELLER, Director,    )
18  Federal Bureau of Investigation, )
                                    )
19              Defendants.         )
                                    )
20

21      The Defendants hereby submit their answer to Plaintiff's Original Complaint for Writ in the Nature

22  of Mandamus.

23      1. Paragraph One consists of Plaintiff's characterizations of law to which no responsive pleading

24  is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that

25  they have improperly withheld action on Plaintiff's application to his detriment.

26                          **PARTIES**

27      2. Defendants admit the allegations in Paragraph Two.

28      3. Defendants admit the allegations in Paragraph Three.

ANSWER
C07-5823 JW                             1

1  4. Defendants admit the allegations in Paragraph Four.

2  5. Defendants admit the allegations in Paragraph Five.

3  6. Defendants admit the allegations in Paragraph Six.

4  7. Defendants admit that Robert S. Mueller is the Director of the Federal Bureau of Investigation, but deny the remaining allegations in Paragraph Seven.

## JURISDICTION

8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Eight.

## INTRADISTRICT ASSIGNMENT

9. Paragraph Nine consists of Plaintiff's allegations regarding intradistrict assignment, to which no responsive pleading is required.

## VENUE

10. Paragraph Ten consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required. To the extent an answer is required, Defendants deny that an alien may base venue on his residence.

## EXHAUSTION OF REMEDIES

11. Defendants deny the allegations in Paragraph Eleven.

## CAUSE OF ACTION

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants admit the allegations in Paragraph Fourteen.

15. Defendants admit the allegations in Paragraph Fifteen.

16. Defendants lack sufficient information to admit or deny the allegations in Paragraph Sixteen, and on that basis, deny them.

17. Defendants lack sufficient information to admit or deny the allegations in Paragraph Seventeen, and on that basis, deny them.

18. Defendants lack sufficient information to admit or deny the allegations in Paragraph Eighteen,

1  and on that basis, deny them.

2  19. Defendants lack sufficient information to admit or deny the allegations in Paragraph Nineteen,
3  and on that basis, deny them.

4  20. Defendants admit the allegations in Paragraph Twenty.

5  21. Defendants deny the allegations in Paragraph Twenty-One.

6  22. Defendants lack sufficient information to admit or deny the allegations in Paragraph Twenty-
7  Two, and on that basis, deny them.

8  23. Defendants deny the allegations in Paragraph Twenty-Three.

9  24. Paragraph Twenty-Four consists of Plaintiff's characterizations of law to which no responsive
10  pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants
11  deny the allegations in this paragraph.

**PRAYER**

25. Paragraph Twenty-Five consist of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

AFFIRMATIVE AND/OR OTHER DEFENSES

All allegations not here before specifically admitted, denied, or modified, are hereby denied. For further and separate answer, Defendants allege as follows:

**FIRST AFFIRMATIVE DEFENSE**

The Court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Date: January 28, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


          /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants