1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 HASSAN YAGHOOBI,                    )
                                       ) No. C 07-5823 JW
13            Plaintiff,               )
                                       )
14       v.                            ) **STIPULATION TO DISMISS PURSUANT**
                                       ) **TO FED. R. CIV. P. 41(a)**
15 MICHAEL CHERTOFF, Secretary;        )
   EMILIO T. GONZALEZ, Director, CIS;  )
16 ROSEMARY MELVILLE, District Director;)
   FRANK SICILIANO, Field Office Director,)
17 Department of Homeland Security;    )
   ROBERT S. MUELLER, Director,        )
18 Federal Bureau of Investigation,    )
                                       )
19            Defendants.              )
                                       )
20

21     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of

22 record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action

23 without prejudice in light of the fact that the United States Citizenship and Immigration Services is

24 now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days

25 of the dismissal of this action.

26 ///

27 ///

28 ///

STIPULATED DISMISSAL
C07-5823 JW                              1

1   Each of the parties shall bear their own costs and fees.

2   Dated: February 13, 2008                              Respectfully submitted,

3                                                         JOSEPH P. RUSSONIELLO
                                                          United States Attorney

6                                                         _____/s/_____
                                                          MELANIE L. PROCTOR[1]
                                                          Assistant United States Attorney
7                                                         Attorneys for Defendants

8   Dated: February 13, 2008                              _____/s/_____
9                                                         CHRISTINA H. LEE
                                                          Attorney for Plaintiffs

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C07-5823 JW                                    2