```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6730
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

*GRANTED — Judge James Ware — 2/19/2008*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HASSAN YAGHOOBI, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary; <br> EMILIO T. GONZALEZ, Director, CIS; <br> ROSEMARY MELVILLE, District Director; <br> FRANK SICILIANO, Field Office Director, <br> Department of Homeland Security; <br> ROBERT S. MUELLER, Director, <br> Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-5823 JW <br><br> **STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

///

STIPULATED DISMISSAL
C07-5823 JW                                    1

Each of the parties shall bear their own costs and fees.

Dated: February 13, 2008                                         Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: February 13, 2008                                         _____/s/_____
CHRISTINA H. LEE
Attorney for Plaintiffs

**** **ORDER** ****

The Court GRANTS the Stipulation to dismiss without prejudice.  The Court terminates all pending deadlines, hearings and motions.  The Clerk shall close this file.

Dated: February 19, 2008                                         _____
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C07-5823 JW                                                                 2